

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-22-00064-CV

_____

NANCY GILLMAN, Appellant

V.

BANK OF AMERICA, N.A., Appellee

On Appeal from the 336th District Court
Fannin County, Texas
Trial Court No. CV-21-45349

Before Morriss, C.J., Stevens and van Cleef, JJ.
Memorandum Opinion by Justice van Cleef

## MEMORANDUM OPINION

The appellant has filed a motion with this Court[1] seeking to voluntarily dismiss this appeal. Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted. *See* TEX. R. APP. P. 42.1(a)(1). Accordingly, we dismiss this appeal.

Charles van Cleef
Justice

Date Submitted:    September 7, 2022
Date Decided:    September 8, 2022

---

[1]The motion was filed in the trial court and submitted to this Court via the clerk's record.